## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Marilyn Go     **DATE:** 11/14/14

**DOCKET NUMBER:** 14 CR 583 (JVT)    **LOG #:** 2:33 - 2:35

**DEFENDANT'S NAME:** Moufak Al Sabsabi

    ✓ Present    __ Not Present    ✓ Custody    __ Bail

**DEFENSE COUNSEL:** Michael Padden

Lindsay Gerdes for ✓ Federal Defender    __ CJA    __ Retained

**A.U.S.A:** Sam Nitze     **DEPUTY CLERK:** S Mynem

**INTERPRETER:** Mr. Sassi     (Language) Arabic

_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type___ Start_____ Stop_____

✓ Order of Speedy Trial entered. Code Type___ Start 11/14/14 Stop 12/1/14

____ Defendant's first appearance. ✓ Defendant arraigned on the indictment.

____ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____