## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**     ROBERT M. LEVY          **DATE :** 12/23/2014

**DOCKET NUMBER:**     14-cr-583 (SCT)          **LOG #:**  3:09 — 3:21

**DEFENDANT'S NAME :**     Mouafak Al Sabsabi
          _X_ Present     ___ Not Present     _X_ Custody     ___ Bail

**DEFENSE COUNSEL :**     Michael P. Padden
          _X_ Federal Defender     ___ CJA     ___ Retained

**A.U.S.A:** Samuel P. Nitze          **DEPUTY CLERK :** M. Sica

**INTERPRETER :** Farid Botros     (Language) Arabic

___ Hearing held.     ___ Hearing adjourned to___

_✓_ Defendant was released on  $600,000  PRB with/without some conditions.

_✓_ Defendant was advised of bond conditions by the Court and signed the bond.

_2_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   _X_ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_✓_ Status conference set for 1/7/15 @ 10:00 before Judge Townes

**OTHERS :** ___