

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SPN
F. #2014R01283

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2015

By Email and ECF

Michael P. Padden, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Mouafak Al-Sabsabi
           Criminal Docket No. 14-583  (SLT)

Dear Mr. Padden:

      Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The attached CD-R, marked GS-Disk-002, contains documents individually marked with Bates numbers GS-000037 – GS-000149.  These documents, produced subject to the stipulation on draft transcripts signed by the parties on December 23, 2015, contain draft translations of recorded conversations and text messages

that include statements of the defendant, as summarized in the table below.  The government again requests reciprocal discovery from the defendant.

| Bates | Document | Date |
|-------|----------|------|
| GS37-GS50 | Text messages from Confidential Source ("CS") phone | Mixed |
| GS51-GS100 | Translated transcript of recorded conversations between defendant and CS (also captured on video previously produced) during car ride | 7/8/2014 |
| GS101-GS149 | Translated transcript of recorded conversations between defendant, CS, and others (from audio previously produced) during car ride and meeting | 8/7/2014 |

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    /s/ Samuel P. Nitze
Samuel P. Nitze
Assistant U.S. Attorney
(718) 254-6465


Enclosures

cc:    Clerk of the Court (SLT) (by ECF) (without enclosures)