# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 11 2015 ★
BROOKLYN OFFICE**

April 27, 2015

The application is __X__ granted
                   ____ denied

/s/ Sandra L. Townes

Sandra _____, U.S.D.J

Dated: May 7, 2015
Brooklyn, New York

*compel the exclusion of time from May 9, 2015 to 7/10/15.*

by ECF

The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   <u>United States of America vs. Moufak Al-Sabsabi</u>, 14-CR-583 (SLT)

Your Honor:

    With the consent of AUSA Samuel P. Nitze and after consulting with chambers, I am, respectfully, requesting that the status conference in this matter scheduled for May 1, 2015, be adjourned until July 10, 2015 at 10:30 a.m. I recently received additional "discovery" that I need the time to review with my client. As we are also engaged in plea negotiations that I believe will result in a disposition of the case, I have no objection to the exclusion of the time until then from the so-called "Speedy Trial" clock.

    Thank You for Your attention to and consideration in this matter.

Respectfully submitted,

Michael P. Padden

Michael P. Padden, Esq.
(718) 330-1240

cc:   AUSA Samuel P. Nitze