UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-   Docket No. 14 CR 583  (*ILT*)

MOUAFAK AL SABSABI

CONSENT TO HAVE A PLEA TAKEN
BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____            X_____
U.S. Attorney                                             Defendant
by AUSA
                                                          _____
                                                          Defendant's Attorney

Dated: Brooklyn, New York
       10/1/15

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ OCT 01 2015
BROOKLYN OFFICE

Before:   /s/ Robert Levy
          _____
          UNITED STATES MAGISTRATE JUDGE