# CRIMINAL CAUSE FOR PLEADING

**BEFORE: MAGISTRATE JUDGE LEVY**     DATE: __10/01/2015__

__14 CR 583__     United States v. Mouafak Al Sabsabi

**DEFENDANT:** __Mouafak Al Sabsabi__

　　_X_ present ___ not present     ___ cust.     ___ bail

**DEFENSE COUNSEL:** __Michael P. Padden__

　　_X_ present ___ not present     ___ CJA ___ RET _X_ FD

**AUSA:** __Samuel P. Nitze__          **CLERK:** __Jared Goldman__

**INTERPRETER: (N/A)** __Mounir Khaddar__

**RECORDING START AND END TIME:** __1:16-1:53__

_X_ CASE CALLED          ___ DEFT'S FIRST APPEARANCE
DEFT: _X_ SWORN ___ ARRAIGNED   _X_ INFORMED OF RIGHTS

- ___ WAIVER OF INDICTMENT FILED
- ___ INFORMATION FILED
- ___ DEFTs ENTER GUILTY PLEA TO COUNT(S)_____
  OF THE (SUPERSEDING)INDICTMENT/INFORMATION
- _X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT __1__ OF THE INDICTMENT
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA
- ___ SENTENCING SET FOR_____ AT_____ BEFORE J._____
- _X_ SENTENCING TO BE SET BY Judge Townes
- ___ BAIL: ___ SET  ___ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY
- ___ CASE ADJOURNED TO_____ AT_____
- ___ (SEALED) TRANSCRIPT ORDERED

**OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**